

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00341-CV

## IN RE THOMAS MEEKS

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

_____

To be entitled to mandamus relief, a party must show (1) an abuse of discretion and (2) no adequate remedy by appeal.  *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding).  Because Relator has an adequate remedy by appeal, we deny his petition for writ of mandamus.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition denied
Opinion delivered and filed October 22, 2015
[OT06]

